IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SCOTT NATHON WEHMHOEFER, #795907,     Plaintiff, <br><br> v. <br><br> NATHANIEL QUARTERMAN,     Defendant. | 3:07-CV-2185-B |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge, orders the Clerk to MODIFY the nature of suit and cause on the docket sheet to reflect that this action has been construed as a prisoner civil rights action (nature of suit 550), and TRANSFERS this action to the Tyler Division of the Eastern District of Texas for further proceedings.

SO ORDERED this 27th day of February, 2008.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE